DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SAGE GAYLE CURRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-1294
_____

January 2, 2026

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Blair Allen, Public Defender, and J. Rafael Rodriguez, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.